IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PERRY KENNON,
ADC #111658     PLAINTIFF

v.     4:11-cv-518-DPM

MCDONALD'S INC., DIANE
CASTORENA, and NIGEL L. HASKETT     DEFENDANTS

## JUDGMENT

Perry Kennon's complaint is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2011