IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PERRY KENNON,
ADC #111658                                                                                    PLAINTIFF

v.                                    No. 4:11-cv-518-DPM

MCDONALD'S INC.; DIANE
CASTORENA; and NIGEL L. HASKETT                                        DEFENDANTS

ORDER

Kennon's "petition to rehear-review," *Document No. 18*, and its embedded request to amend, are denied for the reasons stated in the Court's previous Order, *Document No. 7*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 January 2012